PATERSON AND PASSAIC GAS, &c., COMPANY, PLAINTIFF
IN ERROR, v. STATE BOARD OF ASSESSORS ET AL.,
DEFENDANTS IN ERROR.

Argued March 1 and 2, 1904—Decided September 30, 1904.

On error to the Supreme Court.

For the plaintiff in error, *Richard V. Lindabury* and *Hobart Tuttle.*

For the city of Paterson, *Vivian M. Lewis.*

PER CURIAM.

The judgment in this cause is affirmed, for the reasons given in the opinion of Mr. Justice Dixon in the Supreme Court, reported in *Paterson and Passaic Gas Co.* v. *Board of Assessors,* 40 *Vroom* 116.

*For affirmance*—THE CHANCELLOR, GARRISON, FORT, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN.  9.

*For reversal*—None.